IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CR-203-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| YANCEY MUSGRAVE, | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion for a copy of his case file. The court finds no reason to compel production of said case file at this time. Defendant should contact the attorney that represented him in this matter and request a copy of said file. Therefore, the motion [DE #32] is DENIED WITHOUT PREJUDICE.

This 3RD day of May 2011.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26