IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CR-203-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| YANCEY MUSGRAVE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion for reconsideration. In an order filed May 3, 2011, this court denied defendant's motion and instructed defendant that he should contact the attorney that represented him in this matter and request a copy of said file.

Defendant now argues that he has contacted his attorney via letters and phone calls requesting his case file. However, the court has contacted defendant's attorney and been informed that he has received no such request from defendant since he was sentenced. The court finds no reason to alter its prior order.

Therefore, the motion for reconsideration [DE #34] is DENIED WITHOUT PREJUDICE.

This 5TH day of July 2011.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26