IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:05-CR-203-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| YANCEY MUSGRAVE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's motions for return of property [DE #36] and [DE #37]. The United States Attorney is ordered to respond to defendant's motions within twenty-one (21) days of the filing of this order.

This 31st day of July 2013.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26