UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:05-CR-203-1H
Civil No. 5:15-CV-421-H

| | |
|---|---|
| YANCEY MUSGRAVE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The United States is directed to respond to petitioner's amended motion to vacate within twenty-one (21) days of the filing of this order.

This 7TH day of May, 2016.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE